United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN LOWERY,

    Plaintiff,

v.

C.E. DUCART,

    Defendant.

                                       /

No. C 16-3201 WHA (PR)

**ORDER OF DISMISSAL**

      Plaintiff, a California prisoner proceeding pro se, filed this civil rights action on June 10, 2016. On the same day, the clerk sent plaintiff two deficiency notices. One informed plaintiff that he did not file a complaint on the proper form and required him to do so within 28 days or the case would be dismissed. The other deficiency notice informed plaintiff that he must either pay the filing fee or file a completed application to proceed in forma pauperis ("IFP") within 28 days. The notice requiring plaintiff to file a form complaint appears to have been in error as the complaint filed by plaintiff --- while not on the court's form — was nevertheless sufficient. The other deficiency notice, however, was proper because plaintiff did not pay the filing fee or file an application to proceed IFP. Along with this notice, the clerk mailed to plaintiff an IFP application, instructions, and a stamped return envelope. The notice informed plaintiff that the case would be dismissed if he did not either pay the fee or file the completed IFP application within the 28 days. More than 28 days have passed, and no response from plaintiff has been

received.  Accordingly, this case is **DISMISSED** without prejudice.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August __3__, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE